

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DELORES ANDERS,

      Plaintiff(s)

v.                             CASE NO:  *3:07-av-493-J-33HTS*

HORNBLOWER MARINE
SERVICES-FLORIDA, INC.,  a           (Circuit Case No. 16-2007-
Foreign corporation,                    CA-002030-XXXX)

      Defendant(s).

_____/

### NOTICE OF REMOVAL

The Defendants, HORNBLOWER MARINE SERVICES-FLORIDA, INC.,

a Foreign corporation, by and through their undersigned counsel, respectfully

request removal of this matter to federal court pursuant to 28 U.S.C. § 1441.

1. The current lawsuit was filed by the plaintiff, DELORES ANDERS, in

Circuit Court in and for Duval County, Florida. The lawsuit was filed against the

defendant, HORNBLOWER MARINE SERVICES-FLORIDA, INC., on March 7,

2007, and served on defendant on April 3, 2007. (Copies of the summons,

complaint and answer are attached hereto as composite Exhibit A).

2. The plaintiff's lawsuit seeks monetary damages arising out of the alleged

107422

negligence in keeping common "premise" areas of a ferry boat in a safe condition, and in failing to use reasonable care in securing the lines on the ferry. The lawsuit sounds in one cause of action: negligence.

3. Any civil case filed in state court may be removed by the defendant to federal court if the case could have been brought originally in federal court. See 28 U.S.C. § 1441. This case could have been brought in Federal Court.

4. Pursuant to 28 U.S.C. § 1332, (Diversity) this court has jurisdiction over this lawsuit as the matter in controversy exceeds the sum or value of $75,000.00 and is between citizens of different states. See *Triggs v. John Crump Toyota, Inc.*, 154 F.3d 1284 (4th Cir.1998); (there, even where facially there may be a lack of diversity, action may be removed from state court to federal court on the basis of diversity jurisdiction if the non-diverse defendant was fraudulently joined). The right of removal is statutory; before a party may avail himself of it, he must show that he comes within the provisions of the statute. *Edwards v. E.I. Du Pont De Nemours & Co.* 183 F.2d 165, *168 (C.A.5 1950).

5. Defendant, HORNBLOWER MARINE SERVICES-FLORIDA, INC., is incorporated in the state of Indiana and has its principal place of business in the State of Indiana, at 115 East Market Street, New Albany, Indiana 47150. For purposes of 28 U.S.C. § 1332 and § 1441, a corporation shall be deemed a citizen

107422

of: (1) any state by which it has been incorporated; and (2) the State where it has a principal place of business. Therefore for purposes of diversity of jurisdiction, the defendant is a citizen of Indiana.  There are no other parties defendant.

6. The sole Plaintiff is a citizen of the State of Florida.

7. On the face of the complaint, the plaintiff did not plead with particularity the amount in controversy other than asserting that the amount in controversy exceeds $15,000.00, which represents the required jurisdictional amount for the Circuit Court of the 4th Judicial Circuit in and for Duval County, Florida. According to the Florida Rules of Civil Procedure, there is no requirement to plead an amount in controversy, other than to plead an amount above the minimum jurisdictional amount.  The Complaint also did not allege the citizenship of the Defendant.  The Complaint therefore did not provide a basis to conclude that the cause was removable, so this defendant served a Request for Admissions in order to determine whether such was the case.  See Composite Exhibit B attached.

8. The Response to the Request for Admissions was served on May 16th, 2007, and confirmed that the cause is removable.

9. Based upon a good faith reading of the complaint and admissions, and the nature of this claim (a negligence claim for personal injury), it is clear from the response to the requested admission that the amount in controversy is in excess of

107422

$75,000.00, and that it is between citizens of different states, and therefore this court is authorized to remove this action pursuant to 28 U.S.C. 1441.

10. This notice of removal is filed within thirty days after the defendants' receipt of the plaintiff's response to the requested admissions as required under 28 U.S.C. § 1446(b) paragraph 2, which states that a case is removable within thirty days after the defendant is served with the first paper from which it may be ascertained that the case is removable. The service of the response to the requested admissions was the first document received by defendants which established that this lawsuit as filed was the appropriate subject for a removal to federal court.

11. Defendants have provided the plaintiff and the Clerk for the Circuit Court of the 4th Judicial Circuit in and for Duval County, Florida with a written notice of the filing of this Notice of Removal.

WHEREFORE, defendant, HORNBLOWER MARINE SERVICES - FLORIDA, INC., respectfully requests that this case be removed from the Circuit Court of the 4th Judicial Circuit in and for Duval County, Florida, to this Honorable Court, that the case be docketed in this Court, and this Court grant all other proper relief.

107422

BOYD & SUTTER, P.A.

June 5, 2007

Thomas A. Boyd, Jr.
Florida Bar No. 0762725
Howard T. Sutter
Florida Bar No. 313971
6817 Southpoint Parkway, Suite 1801
Jacksonville, FL 32216
Phone: 904-470-0110
Fax:  904-470-0116
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY service by CM/ECF where authorized, and by United States mail upon any party not so authorized, of a true and correct copy of the foregoing, together with all attachments upon the following persons this June 5, 2007:

Michael Roberts, Esq.
Law Offices of J. Scott Nooney & Associates
3535 Hendricks Ave
Jacksonville, FL 32207

BY: Thomas A. Boyd, Esq.
     Howard T. Sutter, Esq.

107422

/07422

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA.

CASE NO.:
DIVISION: 16- 2007 CA 002030    -XXXX-

DELORIS ANDERS,

      Plaintiff,

vs.

HORNBLOWER MARINE
SERVICES-FLORIDA, INC.,
a Foreign corporation,

      Defendant.



DATE: 4-3-07
HOUR: 11:11 AM
DEPUTY SHERIFF

**DIVISION CV-G**

SUMMONS:
PERSONAL SERVICE
IMPORTANT

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or petition and discovery in this action on defendant:

HORNBLOWER MARINE SERVICES-FLORIDA, INC.,
a Foreign corporation,
c/o CT Corporation System
as Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

Each defendant is required to serve written defenses to the Complaint or petition on plaintiff's attorney, whose name and address is:

LAW OFFICES OF J. SCOTT NOONEY
Michael K. Roberts, Esquire
FL Bar No.: 0779741
For J. Scott Nooney
3535 Hendricks Avenue
Jacksonville, FL 32207
Ph.: (904)398-1992/ Fax: (904)398-0989

Composite
* A

within 20 days after service of this Summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a Default will be entered against that defendant for the relief demanded in the Complaint or petition.

**MAR 0 8 2007**

WITNESS my hand and the seal of this Court on _____

<br>

                                   **JIM FULLER**
                                   As Clerk of the Court

(Seal)



                                   By_____**P. MITCHELL**_____
                                    As Deputy Clerk

## IMPORTANT

Usted ha sido demandado legalmenta. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen ostros requisitos legales. Si lo desea, puede usted concultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aperoen en la quia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jurs consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribuanl. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, aveo mention du numero de dossier ci-dessus et du nom des parties monnees ici, si vous souhaitez que le Tribunal entends votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause anisi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediate d'un avocat. Si vous ne connaissez pas d'avocat, vpis [pirroez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre response ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

<br>

A.V

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statutes 25.075.

## I. CASE STYLE

**DELORIS ANDERS,**

       **Plaintiff,**

      **vs.**

**HORNBLOWER MARINE
SERVICES-FLORIDA, INC.,
a Foreign corporation,**

       **Defendant.**

_____/

16- 2007-CA- 0 0 2 0 3 0        -XXXX-MA

In the Circuit Court, Fourth
Judicial Circuit, in and for
Duval County, Florida

THIS INSTRUMENT IN COMPUTER C.S.

## DIVISION CV-G

---

**II. TYPE OF CASE** (Place an x in one box only.  If the case fits more than one type of case, select the most definitive)

| DOMESTIC | TORTS | OTHER CIVIL |
|---|---|---|
| ____Simplified dissolution | ____Professional Malpractice | ____Contracts |
| ____Dissolution | ____Products liability | ____Condominium |
| ____Support IV-D | ____Auto negligence | ____Real property/ Mortgage foreclosure |
| ____URESA - IV-D | _X_ Other negligence | ____Eminent domain |
| ____URESA - Non IV-D | ____Other | |
| ____Domestic violence | | |
| ____Other domestic relations | | |
| ____Repeat Violence | | |

**III. Is Jury Trial Demanded in Complaint?**
    X  Yes
    _  No

---

Date: 5-1-07

                                      Signature of Attorney for Party
                                        Initiating Action

**JIM FULLER
Clerk of the Court**

A-3

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2007-CA-002030-XXXX
DIVISION: CV-G

DELORIS ANDERS,

        Plaintiff,

v.

HORNBLOWER MARINE SERVICES-
FLORIDA, INC., a Foreign corporation,

        Defendant.

_____/



FILED
IN COMPUTER
C. K.

FILED

MAY 03 2007

CLERK CIRCUIT COURT

## DEFENDANT'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF

Defendant, Hornblower Marine Services-Florida, Inc. serves its First Request for

Admissions to Plaintiff and requests that Plaintiff admit or deny the following within thirty (30)

days of service:

1.     Admit that the Plaintiff is a citizen of the State of Florida.

2.     Admit that the Defendant is an Indiana corporation.

3.     Admit that the Defendant is not a Florida corporation.

4.     Admit that the Plaintiff's damages exceed the sum of $75,000, exclusive of
interest and costs.

5.     Admit that the Plaintiff's damages do not exceed the sum of $75,000, exclusive of
interest and costs.

Composite "B"

Respectfully submitted,
BOYD & SUTTER, P.A.

_____

Thomas A. Boyd, Jr., Esquire
Florida Bar No.:  0762725
6817 Southpoint Parkway, Suite 1801
Jacksonville, FL 32202
(904) 470-0110
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided to Michael K. Roberts, Esquire, Law Offices of J. Scott Nooney & Associates, 3535 Hendricks Avenue, Jacksonville, Florida 32207, by U.S. Mail and email, this 2nd day of May, 2007.

_____
Attorney

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA.

CASE NO.:   16-2007-CA-002030
DIVISION:   CV-G

DELORIS ANDERS,

        Plaintiff,

vs.

HORNBLOWER MARINE
SERVICES-FLORIDA, INC.,
a Foreign corporation,

        Defendant.

_____/



FILED
IN COMPUTER
K. B.

FILED
MAY 18 2007
CLERK CIRCUIT COURT

## PLAINTIFF'S RESPONSE TO DEFENDANT'S
## REQUEST FOR ADMISSIONS

    Plaintiff, by and through undersigned counsel, hereby responds to the Request for Admissions to

Plaintiff as follows:

1.    Admit.

2.    Admit.

3.    Admit.

4.    Admit.

5.    Deny.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy hereof has been furnished to Thomas A. Boyd, Jr.,
Esquire, 6817 Southpoint Parkway, Suite 1801, Jacksonville, FL 32202 via U.S. Mail, this 16 th
day of May 2007.

        THE LAW OFFICES OF J. SCOTT NOONEY
        & ASSOCIATES

        MICHAEL K. ROBERTS, ESQUIRE
        Florida Bar No.: 0779741
        3535 Hendricks Avenue
        Jacksonville, FL 32207
        Tel: 904-398-1992/ Fax: 904-398-0989
        Attorney for Plaintiff



IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2007-CA-002030-XXXX
DIVISION:  CV-G

DELORIS ANDERS,

      Plaintiff,

v.

HORNBLOWER MARINE SERVICES-
FLORIDA, INC., a Foreign corporation,

      Defendant.

_____/

**FILED**

**MAY 0 3 2007**

CLERK CIRCUIT COURT

FILED IN COMPUTER C.K.

## DEFENDANT'S NOTICE OF SERVING INTERROGATORIES TO PLAINTIFF

    Defendant gives notice of serving its First Set of Interrogatories numbered 1 - 22 to Plaintiff.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was provided to Michael K. Roberts, Esquire, Law Offices of J. Scott Nooney & Associates, 3535 Hendricks Avenue, Jacksonville, Florida 32207, by U.S. Mail and email, this 2nd day of May, 2007.

BOYD & SUTTER, P.A.

_____

Thomas A. Boyd, Jr., Esquire
Florida Bar No.:  0762725
6817 Southpoint Parkway, Suite 1801
Jacksonville, FL 32216
(904) 470-0110
Attorney for Defendant