IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA.

CASE NO.:
DIVISION:

16- 2007-CA- 0 0 2 0 3 0   -XXXX-M

**DELORIS ANDERS,**

   Plaintiff,

vs.

**HORNBLOWER MARINE SERVICES-FLORIDA, INC.,**
a Foreign corporation,

   Defendant.

_____/

DIVISION CV-G



## COMPLAINT

Plaintiff, DELORIS ANDERS, sues the Defendant, HORNBLOWER MARINE SERVICES-FLORIDA, INC., a Foreign corporation, and alleges:

1. This is an action for damages in excess of $15,000.00, exclusive of costs.

2. At all material times herein, Plaintiff, DELORIS ANDERS, resided in Jacksonville, Duval County, Florida.

3. At all material times herein, Defendant, HORNBLOWER MARINE SERVICES-FLORIDA, INC., owned, maintained, and/or operated the ferry boat located at 4610 Ocean Street, Mayport, Duval County, Florida.

4. At all material times herein, the Defendant, HORNBLOWER MARINE SERVICES-FLORIDA, INC., owed the Plaintiff, DELORIS ANDERS, and all others similarly situated, a duty of reasonable care to keep the common areas of the premises in a safe condition.

5. On or about May 25, 2006, Plaintiff, DELORIS ANDERS, was an invitee on the ferry boat located at 4610 Ocean Street, Mayport, Duval County, Florida, where she was hit by a tow line.

6. Plaintiff, DELORIS ANDERS, was sitting in a chair on the deck of the ferry boat when a tow line was thrown over the railing and hit her, causing severe injuries to her head, neck, and shoulder.

7. The Defendant, HORNBLOWER MARINE SERVICES-FLORIDA, INC., and/or its employees failed to use reasonable care in securing, moving, or maintaining the lines on the ferry.

8. Defendant, HORNBLOWER MARINE SERVICES-FLORIDA, INC., knew or should have known that passengers were on deck and in the path of the thrown tow line.

9. As a result of the above-described fall, Plaintiff, DELORIS ANDERS, suffered permanent physical injury and resulting pain and suffering, disability, mental pain and suffering, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money. The losses are permanent and continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, DELORIS ANDERS, demands judgment for damages against the Defendant, HORNBLOWER MARINE SERVICES-FLORIDA, INC., and demands a jury trial.

LAW OFFICES OF J. SCOTT NOONEY &
ASSOCIATES

_____
Michael K. Roberts, Esquire
Florida Bar No. 0779741
Attorney for Plaintiff
3535 Hendricks Avenue
Jacksonville, Florida 32207
(904) 398-1992
(904) 858-9943 facsimile

