IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2007-CA-002030-XXXX
DIVISION:  CV-G

DELORIS ANDERS,

      Plaintiff,

v.

HORNBLOWER MARINE SERVICES-
FLORIDA, INC., a Foreign corporation,

      Defendant.

_____/



**FILED
IN COMPUTER
K. B.**

**FILED
MAY 0 3 2007**

CLERK CIRCUIT COURT

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, Hornblower Marine Services-Florida, Inc., by and through its undersigned

counsel, answers the Plaintiff's Complaint as follows:

    1.    Admitted.

    2.    Admitted.

    3.    Admitted.

    4.    Denied.

    5.    Denied.

    6.    Denied.

    7.    Denied.

    8.    Denied.

    9.    Denied.



## FIRST AFFIRMATIVE DEFENSE

The negligence of the Plaintiff was the legal cause of all injuries alleged in the Complaint and this negligence should operate to bar recovery to the Plaintiff or reduce any recovery to the Plaintiff by her comparative negligence.

## SECOND AFFIRMATIVE DEFENSE

All or part of the claimed damages were caused by individuals or entities who are not parties to this action, and to the extent that the damages are caused by said negligence, this Defendant is entitled to apportionment pursuant to Florida Statutes 768.81.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has been paid or there is available to her amounts of money from collateral sources which serve to reduce the amount of any award made to the Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's damages should be reduced or offset by the amount of any governmental or charitable benefits paid and/or available.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff injuries and damages are as a result of incidents at other times and places over which this Defendant had no control so that Plaintiff is barred from recovery herein from these conditions.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's complaint on its face, fails to state a claim for which relief may be granted.

## SEVENTH AFFIRMATIVE DEFENSE

The Defendant's conduct was not the proximate cause of the Plaintiff's injuries.



## EIGHTH AFFIRMATIVE DEFENSE

The damages alleged in the Plaintiff's complaint were brought about as a direct and proximate result of independent, unforeseeable and intervening causes over which this Defendant had and has no control and for which this Defendant cannot be held responsible or liable.

## NINTH AFFIRMATIVE DEFENSE

The Plaintiff's alleged injuries and/or damages were caused, in whole or in part, by the negligence of third parties not under the care, custody, control or supervision of the Defendant, and therefore the Plaintiff cannot recover damages from this Defendant arising out of the acts or omission of those parties.

## TENTH AFFIRMATIVE DEFENSE

The Plaintiff has failed to mitigate her damages which she now seeks and any recovery should be reduced accordingly.

## ELEVENTH AFFIRMATIVE DEFENSE

The Plaintiff suffered from numerous pre-existing conditions which have substantially, materially, and entirely contributed and/or caused the injury or injuries which the Plaintiff is now complaining of at this time.

WHEREFORE, Defendant, Hornblower Marine Services-Florida, Inc. respectfully requests this Court to dismiss the Plaintiff's Complaint and/or enter judgment against the Plaintiff and to award the Defendant taxable costs.



Respectfully submitted,
BOYD & SUTTER, P.A.

_____
Thomas A. Boyd, Jr., Esquire
Florida Bar No.: 0762725
6817 Southpoint Parkway, Suite 1801
Jacksonville, FL 32202
(904) 470-0110
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided to Michael K. Roberts, Esquire, Law Offices of J. Scott Nooney & Associates, 3535 Hendricks Avenue, Jacksonville, Florida 32207, by U.S. Mail and email, this 2nd day of May, 2007.

_____
Attorney

